JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GERVIS RODRIGO CAL-AGUILAR,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | ) | NO. EDCV 26-6843-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: November 23, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE